UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIM DARNELIE MACK,

      Plaintiff,

v.                                                           Case No: 6:19-cv-828-Orl-18EJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Kim Darnelie Mack's ("Plaintiff") appeal from a final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for disability insurance benefits ("DIBs") after proceedings before an Administrative Law Judge ("ALJ").[1] On August 11, 2020, the United States Magistrate Judge issued a Report and Recommendation (the "Report and Recommendation") recommending that the Commissioner's final decision be affirmed (Doc. 21), to which Plaintiff filed objections (Doc. 22) and the Commissioner filed a response (Doc. 23).

The ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo* review of the portions of the Report and Recommendation (Doc. 21) to which Plaintiff objects, it is hereby **ORDERED** and **ADJUDGED** as follows:

---

[1] The Commissioner filed a certified copy of the record before the Social Security Administration. (*See* Doc. 14.)

1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE** and **ORDERED** at Orlando, Florida, this 22 day of September, 2020.

**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record